UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
REDDING BRANCH

UNITED STATES OF AMERICA         CASE NO. 3:15-mj-0044 CMK

vs.                              ORDER TO PAY

HEATHER ELIZABETH SHELTMAN

The Defendant, having been found guilty of Count I, after entry of a no contest plea thereto, is placed on two years summary court probation. As a special term and condition of probation, defendant is prohibited from entering the Whiskeytown National Recreation Area for a period of two years.

DEFENDANT IS ORDERED TO PAY THE FOLLOWING:

| Count I   | Fine: $190.00 | Assessment: $ 10.00 |
| Count II  | Fine: $_____ | Assessment: $_____ |
| Count III | Fine: $_____ | Assessment: $_____ |
| Count IV  | Fine: $_____ | Assessment: $_____ |
| Count V   | Fine: $_____ | Assessment: $_____ |

(X) FINE TOTAL OF $190.00 and a penalty assessment of $10.00 for a total of $200 payable on or before November 1, 2018. Said payment to be made to the U.S. District Court Clerk, 501 I Street, Sacramento, CA 95814.

DATED: November 3, 2017

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE